UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, and ALBERT SEYMOUR,<br><br>Defendants. | Case No. 2:22-cv-01968-FLA (JPRx)<br><br>**ORDER GRANTING STIPULATION APPOINTING CO-LEAD PLAINTIFFS AND CO-LEAD COUNSEL [DKT. 36]** |

On June 23, 2022, Lead Plaintiff Movants Jason Rofeh ("Rofeh"), Scott Boyd ("Boyd"), and Kasey Kahne ("Kahne") filed a Stipulation Appointing Co-Lead Plaintiffs and Co-Lead Counsel ("Stipulation").  Dkt. 36.  Rofeh, Boyd, and Kahne stipulate to serving as Co-Lead Plaintiffs, and for the law firms of Pomerantz LLP ("Pomerantz") and Levi & Korsinsky, LLP ("Levi & Korsinsky") to serve as Co-Lead Counsel in this action. *Id.* at 3.

Movant Jeffrey Ertz ("Ertz"), who previously filed and withdrew a Motion for Appointment as Lead Plaintiff and Approval of Choice of Counsel (Dkts. 9, 21) did not

1

file an opposition to the Stipulation.   Similarly, Movant Ronald McCall ("McCall"), who previously filed a Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (Dkt. 15) and a Notice of Non-Opposition to Competing Motions for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (Dkt. 28) did not file an opposition to the Stipulation.

The court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Rofeh, Boyd, and Kahne are hereby APPOINTED Co-Lead Plaintiffs in this action and any subsequently filed or transferred actions that are consolidated with this action, pursuant to 15 U.S.C. §78u-4(a)(3)(B);
2. Co-Lead Plaintiffs' selections of Pomerantz and Levi & Korsinsky as Co-Lead Counsel are hereby APPROVED;
3. Rofeh, McCall, Boyd, and Kahne's Motions for Appointment as Lead Plaintiff and Approval of Selection of Counsel (Dkts. 13, 15, 17) are DENIED as moot; and
4. Co-Lead Plaintiffs and Defendants shall comply with the court's Order Granting Stipulation Regarding Service of Process and Scheduling (Dkt. 31) and submit a schedule for the filing of an amended complaint and briefing for any motion to dismiss within fourteen (14) days of the date of entry of this Order.

IT IS SO ORDERED.

Dated: July 1, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge